PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
OCT 07 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH GOULD, <br><br> Defendant. | CASE NO. 1:21-CR-00243-NONE-SKO <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 7, 2021, charging the above defendant with a violation 18 U.S.C. § 2113(b) – Bank Larceny; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(C) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment

///
///
///
///

Motion to Seal Indictment                                     1

or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: October 7, 2021    Respectfully submitted,

                                    PHILLIP A. TALBERT
                                    Acting United States Attorney

By    /s/ Joseph D. Barton
      JOSEPH D. BARTON
      Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: October 7, 2021

_____
STANLEY A. BOONE
U.S. Magistrate Judge

Motion to Seal Indictment                     2