HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00243-NONE-SKO |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| KENNETH LEIGH GOULD, | |
| *Defendants,* | |

Defendant, Kenneth Leigh Gould, through the Federal Defender for the Eastern District of California, hereby requests pre-appointment of counsel.

The defendant submits the attached Financial Affidavit as evidence of his inability to retain counsel. The government contacted our office to advise us that they will be issuing a summons regarding a criminal indictment against Mr. Gould. Counsel is needed in advance of the arraignment to facilitate the hearing.

Therefore, after reviewing his Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: October 12, 2021        */s/ Eric V. Kersten*
                                ERIC V. KERSTEN
                                Assistant Federal Defender
                                Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby pre-appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**October 12, 2021**__     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE