PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>KENNETH GOULD,<br><br>            Defendant. | CASE NO. 1:21-cr-00243-NONE-SKO<br><br>UNITED STATES' APPLICATION TO UNSEAL |

The United States asks this Court to unseal the indictment and other court filings in this case. The defendant, Kenneth Gould, has obtained defense counsel and has agreed to make his initial appearance in this case tomorrow by Zoom. Therefore, the court filings in this case must be unsealed to advise the defendant in open court of the charges filed against him.

DATED: October 13, 2021                                     Very truly yours,

                                                            PHILLIP A. TALBERT
                                                            Acting United States Attorney

                                                            */s/ Joseph Barton*
                                                            JOSEPH BARTON
                                                            Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>KENNETH GOULD,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:21-cr-00243-NONE-SKO<br><br>ORDER RE UNITED STATES' APPLICATION TO UNSEAL |

　　　Good cause appearing due to the defendant's pending initial appearance in this Court, it is hereby ordered that the indictment and other court filings in this case be UNSEALED.

IT IS SO ORDERED.

Dated:   **October 13, 2021**　　　　　　/s/ Barbara A. McAuliffe　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2