ORIGINAL   UNSEALED   FILED

AO 442  (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

OCT 14 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   1:21-cr-00243-NONE-SKO |
| KENNETH GOULD | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    KENNETH GOULD                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

   18:2113(b) - BANK LARCENY

Date:      10/07/2021

*Issuing officer's signature*

City and state:      Fresno, CA

T. Lundstrom, Deputy Clerk
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 10/7/21 , and the person was arrested on *(date)* 10/13/2021 at *(city and state)* Fresno, CA. |
| Date: 10/13/2021                           *Arresting officer's signature* |
| *Printed name and title* |