HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KENNETH GOULD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH GOULD,<br><br>Defendant. | Case No. 1:21-cr-00243-JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER**<br><br>Date:  April 6, 2022<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Kenneth Gould, that the status conference currently scheduled for April 6, 2022, at 1:00 p.m. may be continued to August 3, 2022, at 1:00 p.m.

On October 14, 2021, Mr. Gould appeared before Magistrate Judge Barbara A. McAuliffe for an arraignment on an indictment charging him with bank larceny in violation of 18 U.S.C. § 2113(b). At the parties' request, Judge McAuliffe set a status conference for January 19, 2022, at 1:00 p.m. and excluded time under the Speedy Trial Act. On January 6, 2022, the parties stipulated to continue the January 19, 2022, status conference to April 6, 2022 and, again, agreed to exclude time under the Speedy Trial Act.

The parties now request that the Court continue the April 6, 2022 status conference to August 3, 2022, at 1:00 p.m. The parties request the Court make the following findings:

1. The government has produced 21,658 bates-marked items in this matter.

2. Counsel for Mr. Gould requires additional time to review discovery, consult with her client regarding the case, and conduct necessary investigation.

3. Counsel for Mr. Gould believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of April 6, 2022, to August 3, 2022, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 30, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 30, 2022

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
KENNETH GOULD

# **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for April 6, 2022, at 1:00 p.m. is hereby continued to August 3, 2022, at 1:00 p.m.

Date: 3/31/2022

*Sheila K. Oberto*
Hon. Sheila K. Oberto
United States District Judge