HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KENNETH GOULD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KENNETH GOULD,<br><br>  Defendant. | Case No. 1:21-cr-00243-JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:  November 30, 2022<br>Time:  1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Kenneth Gould, that the status conference currently scheduled for August 3, 2022, at 1:00 p.m. may be continued to November 30, 2022, at 1:00 p.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on August 3, 2022.

2. The government has produced 21,658 bates-marked items in this matter.

3. Counsel for Mr. Gould requires additional time to review discovery, consult with her client regarding the case, and conduct necessary investigation.

4. Counsel for Mr. Gould believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 3, 2022, to November 30, 2022, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 27, 2022         */s/ Joseph Barton*
                            JOSEPH BARTON
                            Assistant United States Attorney
                            Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 27, 2022         */s/ Erin Snider*
                            ERIN SNIDER
                            Assistant Federal Defender
                            Attorney for Defendant
                            KENNETH GOULD


**O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for August 3, 2022, at 1:00 p.m. is hereby continued to November 30, 2022, at 1:00 p.m.

Date: 8/1/2022              *Sheila K. Oberto*
                            Hon. Sheila K. Oberto
                            United States District Judge