1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KENNETH GOULD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00243-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR TRIAL; ORDER** |
| vs. | |
| KENNETH GOULD, | Date:  May 21, 2024<br>Time:  8:30 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Kenneth Gould, that the Court may vacate the status conference currently scheduled for March 15, 2023, at 1:00 p.m. and set this matter for a jury trial on May 21, 2024, at 8:30 a.m.

On February 27, 2023, the Court directed the parties to meet and confer and select a mutually convenient trial date. The parties have selected Tuesday, May 21, 2024, at 8:30 a.m. The parties agree and request that the Court make the following findings:

1. The government has produced 21,658 bates-marked items in this matter.

2. Counsel for Mr. Gould requires additional time to review discovery, consult with her client regarding the case, conduct necessary investigation, and prepare for trial.

3. Counsel for Mr. Gould believes that failure to grant the above-requested

continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 15, 2023, to May 21, 2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 8, 2023      */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 8, 2023      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
KENNETH GOULD

**O R D E R**

This case has been pending since 2021. The parties' request for a May 21, 2024, trial is DENIED. The parties shall propose a trial date in 2023.

IT IS SO ORDERED.

Dated:   **March 9, 2023**                              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE