1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721
   Tel: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KENNETH GOULD
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   | Case No. 1:21-cr-00243-JLT-SKO
12 |        Plaintiff,           | STIPULATION TO PERMIT TRAVEL
                                   TO LAS VEGAS, NEVADA; ORDER
13 | vs.                         |
                                   JUDGE: Hon. Stanley A. Boone
14 | KENNETH GOULD,              |
15 |        Defendant.           |

16

17       IT IS HEREBY STIPULATED by and between the parties, through their respective

18 counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for defendant Kenneth Gould, that the Court may enter an

20 order permitting Mr. Gould to travel to Las Vegas, Nevada, located in the District of Nevada,

21 between June 5, 2023, and June 9, 2023.

22       Mr. Gould's conditions of release restrict his travel to the Central District of California,

23 where he resides, and the Eastern District of California. *See* ECF #12. Mr. Gould would like to

24 visit with his daughter and grandchildren, who live in Las Vegas, Nevada, which is located in the

25 District of Nevada. If approved, Mr. Gould would leave his residence on June 5, 2023, and return

26 on June 9, 2023. Mr. Gould is not supervised by Pretrial Services; accordingly, defense counsel

27 did not obtain Pretrial Services' position on this request.

28 / / /

Gould: Stipulation to Authorize Travel

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 1, 2023      */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 1, 2023      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
KENNETH GOULD

## **ORDER**

Upon the parties' stipulation and for good cause shown, the Court hereby authorizes Mr. Gould to travel to Las Vegas, Nevada, located in the District of Nevada, between June 5, 2023, and June 9, 2023.

IT IS SO ORDERED.

Dated: **June 1, 2023**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Gould: Stipulation to Authorize Travel