PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00243-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE TRIAL DATE AND SCHEDULE STATUS CONFERENCE; |
| v. | |
| KENNETH GOULD, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the trial scheduled for December 5, 2023, can be vacated, and a status conference can be scheduled for February 21, 2024, at 1:00 p.m., before the Honorable Sheila K. Oberto.  Mr. Gould has retained new counsel, who requires time to review the discovery in this case, engage in plea negotiations with the government, and prepare for trial. Time under the Speedy Trial Act has already been excluded through December 5, 2023.   The parties agree that time shall also be excluded from December 5, 2023, through February 21, 2024, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

1
2   Dated:  October 24, 2023                    /s/ Marc Days
                                                Marc Days
3                                               Counsel for Kenneth Gould
4
5   Dated:  October 24, 2023                    /s/ Joseph Barton
6                                               Joseph Barton
                                                Assistant United States Attorney
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00243-JLT-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| KENNETH GOULD, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the trial that is scheduled for December 5, 2023, is vacated, and a status conference is scheduled for February 21, 2024, at 1:00 p.m., before the Honorable Sheila K. Oberto. Time under the Speedy Trial Act has been excluded through December 5, 2023. Time shall also be excluded from December 5, 2023, through February 21, 2024, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/25/2023

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE