**FILED**

OCT 26 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

1  Marc Days, CA Bar #184098
   Days Law Firm
2  1125 T Street
   Fresno, California 93721
3  Telephone: (559) 708-4844

4  Attorney for Defendant,
   KENNETH GOULD

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00243 JLT-SKO |
| Plaintiff, | STIPULATION TO PERMIT TRAVEL TO LAS VEGAS, NEVADA; ORDER |
| v. | |
| KENNETH GOULD | |
| Defendant. | Judge: Hon. Sheila K. Oberto |

     **IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Marc Days, counsel for defendant Kenneth Gould, that the Court may enter an order permitting Mr. Gould to travel to Las Vegas, Nevada, located in the District of Nevada, between November 4, 2023, and November 7, 2023.

     Mr. Gould's conditions of release restrict his travel to the Central District of California, where he resides, and the Eastern District of California. See ECF #12. Mr. Gould would like to visit his daughter and grandchildren, who live in Las Vegas, Nevada. If approved, Mr. Gould would leave his residence on November 4, 2023, and return on November 7, 2023. Mr. Gould is not supervised by Pretrial Services; according, defense counsel did not obtain Pretrial Services' position on this request.

///

///

1

2

3        Dated:  October 25, 2023                     Respectfully submitted,

                                                      /s/ Marc Days
4                                                     MARC DAYS
                                                      Attorney for Dennis Falaschi

5

        Dated:  October 25, 2023                     /s/ Joseph Barton
6                                                     JOSEPH BARTON
                                                      Assistant United States Attorney

7

8

9                                      **ORDER**

10           Upon the parties' stipulation and for good cause shown, the Court hereby authorizes Mr.

11       Gould to travel to Las Vegas, Nevada, located in the District of Nevada, between November 4,

12       2023, and November 7, 2023.

13           **IT IS SO ORDERED.**

14
         Dated:  10/26/23
15                                                    ERICA P. GROSJEAN
16                                                    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. Gould, 1:21-cr-00243 JLT-SKO                 -2-
Stipulation to Permit Travel;  [Proposed] Order.