Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
KENNETH GOULD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KENNETH GOULD<br><br>　　　　　Defendant. | Case No.: 1:21-cr-00243 JLT-SKO<br><br>STIPULATION TO PERMIT TRAVEL TO WEST LINN, OREGON; ORDER<br><br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Marc Days, counsel for defendant Kenneth Gould, that the Court may enter an order permitting Mr. Gould to travel to West Linn, Oregon, between December 22, 2023, and December 27, 2023.

Mr. Gould's conditions of release restrict his travel to the Central District of California, where he resides, and the Eastern District of California. See ECF #12. Mr. Gould would like to visit his oldest daughter and grandchildren, who live in West Linn, Oregon, during the Christmas holiday. If approved, Mr. Gould would leave his residence on December 22, 2023, and return on December 27, 2023. Mr. Gould is not supervised by Pretrial Services; according, defense counsel did not obtain Pretrial Services' position on this request.

///

///

Respectfully submitted,

Dated:  December 8, 2023                    */s/ Marc Days*
                                            MARC DAYS
                                            Attorney for Dennis Falaschi

Dated:  December 8, 2023                    */s/ Joseph Barton*
                                            JOSEPH BARTON
                                            Assistant United States Attorney

## ORDER

Upon the parties' stipulation and for good cause shown, the Court hereby authorizes Mr. Gould to travel to West Linn, Oregon, between December 22, 2023, and December 27, 2023.

IT IS SO ORDERED.

Dated:  **December 8, 2023**                /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE