PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH GOULD, <br><br> Defendant. | Case No. 1:21-cr-00243-JLT-SKO <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for February 21, 2024, at 1:00 p.m., may be continued until April 17, 2024, at 1:00 p.m., before the Honorable Sheila K. Oberto. New defense counsel was retained a few months ago. The government has produced discovery to the new defense counsel and he has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through April 17, 2024, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

Dated:  February 14, 2024          /s/ Marc Days
                                   MARC DAYS
                                   Counsel for Kenneth Gould

Dated:  February 14, 2024          /s/ Joseph Barton
                                   JOSEPH BARTON
                                   Assistant United States Attorney

PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>Plaintiff, <br><br>v. <br><br>KENNETH GOULD, <br><br>Defendant. | Case No. 1:21-cr-00243-JLT-SKO <br><br>ORDER |

Upon the parties' stipulation and for good cause shown, the Status Conference scheduled for February 21, 2024, at 1:00 p.m., is continued until April 17, 2024, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through April 17, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED:   2/15/2024

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE