PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00243-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| KENNETH GOULD, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties through their respective counsel that the status conference scheduled for May 29, 2024, at 1:00 p.m., may be vacated and trial in this case may be scheduled to begin on February 11, 2025, at 9:00 a.m. before the Honorable Jennifer L. Thurston. New defense counsel was retained late last year. The government has produced discovery to new defense counsel and he has further investigation to perform. The parties also have various other trials scheduled between now and the start of trial in this case. The parties agree that time under the Speedy Trial Act shall be excluded through February 11, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The

parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of Mr. Gould to a speedy trial.

Dated:  May 22, 2024                          /s/ Marc Days
                                              MARC DAYS
                                              Counsel for Kenneth Gould

Dated:  May 22, 2024                          /s/ Joseph Barton
                                              JOSEPH BARTON
                                              Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00243-JLT-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| KENNETH GOULD, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for May 29, 2024, at 1:00 p.m., is vacated and trial is scheduled to begin on February 11, 2025, at 9:00 a.m. before the Honorable Jennifer L. Thurston. The period through February 11, 2025, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

DATED:   5/22/2024

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

3