```
Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
KENNETH GOULD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH GOULD<br><br>　　　　　　Defendant. | Case No.: 1:21-cr-00243 JLT-SKO<br><br>STIPULATION TO PERMIT TRAVEL TO LAS VEGAS, NEVADA; AND ORDER<br><br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Marc Days, counsel for defendant Kenneth Gould, that the Court may enter an order permitting Mr. Gould to travel to Las Vegas, Nevada, between July 17, 2024, and July 19, 2024.

Mr. Gould's conditions of release restrict his travel to the Central District of California, where he resides, and the Eastern District of California.  See ECF #12.  Mr. Gould would like to visit his daughter, who lives in Las Vegas, Nevada.  If approved, Mr. Gould would leave his residence on July 17, 2024, and return on July 19, 2024.  Mr. Gould is not supervised by Pretrial Services; accordingly, defense counsel did not obtain Pretrial Services' position on this request.

///

///

///

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 11, 2024 | /s/ *Marc Days*<br>MARC DAYS<br>Attorney for Dennis Falaschi |
| Dated: July 11, 2024 | /s/ *Joseph Barton*<br>JOSEPH BARTON<br>Assistant United States Attorney |

## **ORDER**

Upon the parties' stipulation and for good cause shown, the Court hereby authorizes Mr. Gould to travel to Las Vegas, Nevada, between July 17, 2024, and July 19, 2024.

IT IS SO ORDERED.

Dated:   **July 12, 2024**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE