PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-cr-00243-JLT-BAM |
| Plaintiff, | ORDER TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING |
| v. | |
| KENNETH GOULD, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the trial that is scheduled to start on February 11, 2025, is vacated and a change of plea hearing is scheduled for March 3, 2025, at 9:00 a.m., before the Honorable Jennifer L. Thurston.  Time under the Speedy Trial Act has already been excluded through February 11, 2025.

///

///

///

The Court further excludes time under the Speedy Trial Act from December 6, 2024, through March 3, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

     IT IS SO ORDERED.

Dated:  December 10, 2024

_____
HONORABLE JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE