Marc Days, CA Bar #184098
Days Law Firm
1125 T Street
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
KENNETH GOULD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH GOULD<br><br>　　　　　Defendant. | Case No.: 1:21-cr-00243 JLT-SKO<br><br>STIPULATION TO PERMIT TRAVEL TO STEPHENVILLE, TEXAS; ORDER |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Marc Days, counsel for defendant Kenneth Gould, that the Court may enter an order permitting Mr. Gould to travel to Stephenville, Texas, between May 30, 2025, and June 1, 2025.

Mr. Gould's conditions of release restrict his travel to the Central District of California, where he resides, and the Eastern District of California. See ECF #12. Mr. Gould would like to travel with his 17 year old son to attend the May 31, 2025, school orientation at Tarleton State University, in Stephenville, Texas, where his son plans to attend in fall 2025. If approved, Mr. Gould would leave his residence on May 30, 2025, and return on June 1, 2025. Mr. Gould will appear for his sentencing as scheduled.

///

///

Respectfully submitted,

Dated: March 28, 2025                    /s/ Marc Days
                                         MARC DAYS
                                         Attorney for Kenneth Gould

Dated: March 28, 2025                    /s/ Joseph Barton
                                         JOSEPH BARTON
                                         Assistant United States Attorney

## ORDER

Upon the parties' stipulation and for good cause shown, the Court hereby authorizes Mr. Gould to travel to Stephenville, Texas, between May 30, 2025, and June 1, 2025.

IT IS SO ORDERED.

Dated: **March 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge