UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:21-CR-00243-1-JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| KENNETH GOULD, ) | |
| Defendant. ) | |

The Defendant satisfied this Court that he is financially unable to obtain counsel and wishes counsel appointed to represent him with respect to any and all garnishments collateral to the underlying criminal matter. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Marc Days is appointed to represent the defendant in this case effective *nunc pro tunc* to August 22, 2025.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:  **September 12, 2025**

UNITED STATES DISTRICT JUDGE